JOHN WOOD, APPELLANT, *v.* HANNAH E. LOCKWOOD, IMPLEADED, ETC., RESPONDENT.

*Mortgage to secure debts of third party — liability under.*

Where a married woman executed a mortgage on her property as security for goods to be sold by A. to her husband, and A., being the member of a firm, directs that firm to send goods to the husband, and becomes himself liable to the firm for the payment therefor; *held,* that, notwithstanding the goods were consigned by the firm, the transaction was one within the terms of the mortgage, and that the property was liable for the value of the goods so furnished.

Appeal from a judgment entered on the report of a referee, in an action for foreclosure.

*W. H. Scott,* for the appellant.

*Moses Ely,* for the respondent.

Opinion by Daniels, J.

Davis, P. J., and Brady, J., concurred.

Judgment reversed, and new trial ordered, with costs to abide the event.